1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                San Francisco Division

11    KEVIN JAMES KOHUTE,                    Case No. 25-cv-00636-LB

12                Plaintiff,

13          v.                               **ORDER REASSIGNING CASE;
                                             REPORT AND RECOMMENDATION**
14    YOUTUBE LLC,                           **TO DISMISS**

15                Defendant.                 Re: ECF No. 1

16

17        The plaintiff, who is representing himself and proceeding in forma pauperis, sued YouTube

18    LLC, claiming a deprivation of his civil rights under 42 U.S.C. § 1983, based on YouTube's

19    allowing videos on its platform of marijuana shops growing more than four plants in violation of

20    unspecified U.S. Department of Agriculture regulations.[1] Because the plaintiff is proceeding in

21    forma pauperis, the court screened the case under 28 U.S.C. § 1915(e)(2)(B) and issued an order

22    (attached) identifying deficiencies in the complaint: (1) the plaintiff did not allege state action

23    supporting a § 1983 claim, and (2) there is no private right to sue someone for showing videos of

24    marijuana. The court mailed the order to the plaintiff, but it was returned as undeliverable.[2] The

25

26    _____

27    [1] Compl. – ECF No. 1 at 2–3. Citations refer to material in the Electronic Case File (ECF); pinpoint
      citations are to the ECF-generated page numbers at the top of documents.

28    [2] Clerk's Notice – ECF No. 7.

ORDER; R. & R. – No. 25-cv-00636-LB

United States District Court
Northern District of California

1    court then emailed the order to the plaintiff and allowed him until March 24, 2025, to amend the

2    complaint.[3] He did not. There are no viable claims. The case should be dismissed.

3        Because not all parties have appeared in the case and consented to magistrate-judge

4    jurisdiction, the case must be reassigned. 28 U.S.C. 636(c)(1); *Williams v. King*, 875 F.3d 500,

5    503–04 (9th Cir. 2017). The court directs the Clerk of Court to reassign the case to a district judge

6    and recommends that the newly assigned district judge dismiss the case. Any party must serve and

7    file specific written objections to this recommendation within fourteen days after being served

8    with a copy. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2); N.D. Cal. Civ. L.R. 72-3. Failure

9    to file a written objection within the specified time may waive the right to appeal the district

10   court's order.

11       **IT IS SO ORDERED AND RECOMMENDED.**

12       Dated: March 26, 2025

13

14                                                    _____
                                                       LAUREL BEELER
15                                                     United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28   _____
     [3] Order – ECF No. 6.

ORDER; R. & R. – No. 25-cv-00636-LB            2

United States District Court
Northern District of California