UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JAMES KOHUTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YOUTUBE LLC,<br><br>　　　　Defendant. | Case No. 25-cv-00636-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 10 |

The Court has reviewed Judge Laurel Beeler's Report and Recommendation to Dismiss the Case and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the case is dismissed.

**IT IS SO ORDERED.**

Dated: April 10, 2025

VINCE CHHABRIA
United States District Judge